# STATEMENT IN
# SUPPORT OF PROBABLE CAUSE

IN RE: Raul HERNANDEZ-Rodriguez

I, Ronald A. DeJean III, declare and state as follows:

On or about March 15, 2019 the defendant Raul HERNANDEZ-Rodriguez was apprehended in Laredo, Texas. After a brief interview it was determined that, Raul HERNANDEZ-Rodriguez was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Raul HERNANDEZ-Rodriguez was previously REMOVED from the United States on 09/19/2018 at Del Rio, Tx, Intl Bridge. There is no record that Raul HERNANDEZ-Rodriguez has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.
I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2019 at Laredo, Texas.

Ronald A. DeJean III
Border Patrol Agent
United States Border Patrol

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on            at            .

Sam Sheldon
United States Magistrate Judge